FILED

2013 JUL 25 PM 1:56

Caldwell

CLERK ST. OF GA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
Brunswick    DIVISION

*[Enter the full name of the plaintiff in this action]*

Robert Tucker

_____

_____

v.

*[Enter the full name of each defendant in this action.*
*If possible, please list only one defendant per line]*

Georgia State Patrol at el

_____

_____

_____

_____

_____

_____

CV213 - 98

Civil Action No._____
· *[to be assigned by Clerk]*

*If allowed by statute, do you wish to have a trial by jury?*  *Yes* ✓  *No*  .

*[If any answer requires additional space, please use additional paper and attach hereto]* ·

I.    PREVIOUS LAWSUITS

A.  *Have you begun other lawsuits in state or federal court dealing with the same*
    *Facts involved in this action?*
    *Yes* _____        *No* ___✓___

1

*Individually and ... in their official capacity.*

Neal Jump   1812 Newcastle Street
       Brunswick, Georgia 31520

Col Bill Hitchens  160 Public Safety Blvd.
       Brunswick, Georgia 31525

Capt. David Brack  160 Public Safety Blvd.
       Brunswick, Georgia 31525

Capt. Richard Phillips 160 Public Safety Blvd.
       Brunswick, Georgia 31525

Lt. Andy Carrier   160 Public Safety Blvd.
       Brunswick, Georgia 31525

Capt. John Long   160 Public Safety Blvd.
       Brunswick, Georgia 31525

Sgt. Keith Collins  160 Public Safety Blvd.
       Brunswick, Georgia 31525

Sgt. Randy Martin  160 Public Safety Blvd.
       Brunswick, Georgia 31525

Lt. Chad Reiner   160 Public Safety Blvd.
       Brunswick, Georgia 31525

Major Eddie Greer  160 Public Safety Blvd.
       Brunswick, Georgia 31525

Cpl. Chris Nease  2792 Highway 21 South
       Rincon, Georgia 31326

Lt. Col. Don Chastain 160 Public Safety Blvd.
       Brunswick, Georgia 31525

Col. Mark McDonough 160 Public Safety Blvd.
       Brunswick, Georgia 31525

Att. Lee O'Brien    160 Public Safety Blvd.
                    Brunswick, Georgia 31525

Gov. Nathan Deal    206 Washington Street
                    111 State Capitol
                    Atlanta, Georgia 30334

Gov. Sonny Perdue    206 Washington Street
                     111 State Capitol
                     Atlanta, Georgia 30334

Trooper Robbie Jump    160 Public Safety Blvd.
                       Brunswick, Georgia 31525

Trooper Adam  Massey 3993 Aviation Circle
                     Atlanta, Georgia 30336

Sgt. Chad Grey    160 Public Safety Blvd.
                  Brunswick, Georgia 31525

Sgt. Bruce Deloach    160 Public Safety Blvd.
                      Brunswick, Georgia 31525

Trooper  Kevin  Zeigler    160 Public Safety Blvd.
                           Brunswick, Georgia 31525

Sgt. Ricky Davis    160 Public Safety Blvd.
                    Brunswick, Georgia 31525

Trooper Harry Middleton    2301 Airport Road
                           Hinesville, Georgia 31313

Melissa  Rodgers    160 Public Safety Blvd.
                    Brunswick, Georgia 31525

Captain Russell Powell    160 Public Safety Blvd.
                          Brunswick, Georgia 31525

**Major DA Jewell**          160 Public Safety Blvd.
                             Brunswick, Georgia 31525


Jeff Emery          1733 Old Jesup Road
                    Brunswick, Georgia 31525

B.  *If your answer to A is Yes, describe the lawsuit in the space below.  [If more than one lawsuit, describe on another sheet of paper using the same outline.]*

1.  *Parties to this previous lawsuit:*

.*Plaintiff:* _____

*Defendant(s):* _____

2.  *Court:* _____
        *(If federal court, name the district; if state court, name the county)*

3.  *Docket Number:* _____

4.  *Name(s) of Judge(s) to whom case was assigned:* _____

5.  *Status of Case:* _____
        *(For example, was the case dismissed? Settled? Appealed? Still Pending?)*

6.  *Date lawsuit was filed:* _____

7.  *Date of disposition (if concluded):* _____

C.  *Do you have any other lawsuit(s) pending in the federal court?*

    Yes _____    No __✓__

## II. PARTIES

*In Item A below, place your name and address in the space provided.  [If additional plaintiffs, do the same on another sheet of paper.]*

A.  Name of Plaintiff: Georgia State Patrol

    Address: 160 Public Safety Blvd. Bwk. GA 31525

*In Item B below, place the full name of the defendant,, and his/her/its address, in the space provided. Use Item C for additional defendants, if any.*

B.  Name of Defendant: _____

    Address: _____

2

C. *Additional Defendants (provide the same information for each defendant as listed in Item B above):*

_____

_____

_____

_____

_____

_____

_____

_____

III. STATEMENT OF CLAIM

*State here, as briefly as possible, the facts of your case. Describe how each defendant is involved. Include also the name(s) of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets of paper if necessary.*

The defendants violated my
5th Amendment rights.
The Georgia State Patrol does
not have the power to maintain
the wrecker rotation list.

_____

_____

_____

3

III.  STATEMENT OF CLAIM – *continued.*

4

IV.  RELIEF.

*State briefly and exactly what you want this court to do for you.*

Award damages to me for
loss of income. As well as
have the wrecker rotation created
and maintained the correct way
To place an injunction on the
Georgia State Patrol to stop
the wrecker rotation list until
it can be setup the proper
way.

*I declare under penalty of perjury that the foregoing is true and correct.*

Signed this 25 day of July, 2013.

Signature of Plaintiff

1900 Townsend Street
Bpk. GA 31520
Address

912-265-9211
Phone Number

5

%JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Robert Tucker

## DEFENDANTS
Georgia State Patrol at el

(b) County of Residence of First Listed Plaintiff  Glynn
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  Glynn
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

## II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff
☒ 3  Federal Question (U.S. Government Not a Party)
☐ 2  U.S. Government Defendant
☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | Alien Detainee | | ☐ 950 Constitutionality of |
| | Other | | ☐ 465 Other Immigration | | State Statutes |
| | ☒ 440 Other Civil Rights | | Actions | | |

## V. ORIGIN  (Place an "X" in One Box Only)
☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): My 5th amendment rights have been violated
Brief description of cause: I have not had due. process of law. etc.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE
DOCKET NUMBER

DATE
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # BWK  AMOUNT $400  004706  APPLYING IFP  JUDGE  MAG. JUDGE

JS 44 Reverse (Rev. 12/07)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.**     **(a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**     **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III.**     **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.**     **Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.**     **Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

**VI.**     **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.**          Example:          U.S. Civil Statute: <u>47 USC 553</u>
Brief Description: <u>Unauthorized reception of cable service</u>

**VII.**     **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**     **Related Cases.** This section of the JS 44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.